AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the _____ District of _____ Massachusetts _____

FOTINEE FARAH ZAKI,
    Plaintiff,

V.

UNITED STATES OF AMERICA,
    Defendant.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04-10705-RWZ

TO: (Name and address of Defendant)

United States of America, c/o
John E. Potter, Postmaster General
United States Postal Service
475 L'Enfant Plaza S.W.
Washington, DC 20260-1100

CERTIFIED MAIL/RETURN RECEIPT REQUESTED
Article No. 7002 0460 0001 0544 1703

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel E. Doherty
One Elm Street
Braintree, MA 02184

an answer to the complaint which is served on you with this summons, within ___sixty (60)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  APR 7 2004

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 04/08/04 |
| NAME OF SERVER *(PRINT)* Daniel E. Doherty | TITLE Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail/Return Receipt Requested
   Article No. 7002 0460 0001 0544 1703

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   04/20/04
             *Date*        */Signature of Server/*

            One Elm Street, Braintree, MA 02184
            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John E. Potter, Postmaster General
United States Postal Service
475 L'Enfant Plaza S.W.
Washington DC 20260-1100

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7002 0460 0001 0544 1703

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540