AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the _____ District of ___Massachusetts___

FOTINEE FARAH ZAKI,
    Plaintiff,

V.

UNITED STATES OF AMERICA,
    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **04 10705 RWZ**

TO: (Name and address of Defendant)

United States of America
c/o Michael J. Sullivan, United States
Attorney for the District of Massachusetts
U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210
CERTIFIED MAIL/RETURN RECEIPT REQUESTED
Article No. 7002 0460 0001 0544 1819

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel E. Doherty
One Elm Street
Braintree, MA 02184

an answer to the complaint which is served on you with this summons, within ___sixty (60)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

DATE: APR 7 2004

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 04/08/04 |
| NAME OF SERVER (PRINT) Daniel E. Doherty | TITLE Attorney for Plaintiff |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  Certified Mail/Return Receipt Requested.
Article No. 7002 0460 0001 0544 1819

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  04/20/04
          Date

_Signature of Server_

One Elm Street, Braintree, MA 02184
_Address of Server_

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael J. Sullivan, United States
Attorney for the District of Mass.
U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _LaPointe_  ☐ Agent  ☒ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7002 0460 0001 0544 1819

Domestic Return Receipt                    102595-02-M-1540