UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No.: 04 10705 RWZ

FOTINEE FARAH ZAKI,
Plaintiff,

VS.

UNITED STATES OF AMERICA,
Defendant.

## AFFIDAVIT OF SERVICE

I, Daniel E. Doherty, depose and state as follows:

1. I am the attorney of record for the Plaintiff in the above-captioned action.

2. On April 8, 2004, pursuant to the provisions of Fed. R. Civ. P. 4(i)(A), I served copies of the within summonses, together with copies of the complaint in this action upon Defendant United States of America by mailing same, certified mail/return receipt requested, to: Michael J. Sullivan, United States Attorney for the District of Massachusetts, U.S. Courthouse, Suite 9200, 1 Courthouse Way, Boston, MA 02210; John D. Ashcroft, Attorney General of the United States, Department of Justice, 950 Pennsylvania Avenue N.W., Room 4545, Washington, DC, 20530-0001; and John E. Potter, Postmaster General, United States Postal Service, 475 L'Enfant Plaza S.W., Washington, DC 20260-1100.

3. The three original summonses with return of service completed, together with the original Certified Mail Receipts showing the dates of delivery, are attached hereto.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 20th DAY OF APRIL, 2004.

Daniel E. Doherty