UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FOTINEE FARAH ZAKI,<br>                      Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>                      Defendant. | )<br>)<br>)<br>)<br>)     C.A. No. 04CV10705RWZ<br>)<br>)<br>)<br>) |

**JOINT PROPOSED PRETRIAL SCHEDULE UNDER LOCAL RULE 16.1(D)**

The parties to the above-captioned matter hereby propose the following pretrial schedule:

1. AUTOMATIC DISCOVERY

   All discovery exchanges required by F.R.C.P. 26 (A)(1) and Local Rule 26.2(A) shall be completed by August 25, 2004.

2. AMENDMENTS TO PLEADINGS

   All motions to amend the pleadings or to join additional parties or claims under any applicable rule shall be made on or before April 4, 2005.

3. FACT DISCOVERY

   A.  Written Discovery

   All written discovery, including document requests, interrogatories, depositions on written questions, and requests for admissions, shall be completed by December 17, 2004.

   B.  Oral Depositions

   All non-expert oral depositions shall be completed by March 18, 2005.

4. EXPERT DISCOVERY

   A. Initial Disclosure

   Plaintiff shall make the initial disclosure of expert materials required by F.R.Civ. P. 26(A)(2) by April 18, 2005, and Defendant by May 22, 2005.

   B. Further Discovery

   Further discovery concerning expert witnesses pursuant to Fed. R. Civ. P. 26(b)(4), including interrogatories and depositions, shall be completed by June 27, 2005.

5. DISPOSITIVE MOTIONS

   All dispositive motions under F.R. Civ. P. 12 or 56 shall be made before July 30, 2005.

6. FINAL PRETRIAL CONFERENCE

   The parties request that the final pretrial conference be scheduled after all dispositive motions are heard.

7. CONSENT TO TRIAL BY MAGISTRATE

   The parties do not consent to trial by a United States Magistrate Judge at this time.

   Counsel hereby certify that they have conferred with the their respective clients with respect to budgeting for costs of litigation and consideration of alternative dispute resolution under the provisions of Local Rule 16.1(D)(3).

| Plaintiff, | Defendant, |
|---|---|
| By their attorneys, | By its attorney, |
| | Michael J. Sullivan |

UNITED STATES ATTORNEY

| | | |
|---|---|---|
| /s/ Daniel E. Doherty | | /s/ Gina Y. Walcott-Torres |
| Daniel E. Doherty, Esq. | By: | Gina Y. Walcott-Torres |
| One Elm Street | | Assistant U.S. Attorney |
| Braintree, MA 02184 | | John Joseph Moakley U.S. Courthouse |
| (781) 843-3456 | | 1 Courthouse Way, Suite 9200 |
| BBO#: 127010 | | Boston, MA 02210 |
| | | (617) 748-3369 |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date served a true copy of this document to the following counsel of record:

Daniel E. Doherty, Esq.
One Elm Street
Braintree, MA 02184


Date: August 10, 2004          /s/ Gina Y. Walcott-Torres
                                Gina Y. Walcott-Torres
                                Assistant U.S. Attorney