UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10705-RWZ

FOTINEE FARAH ZAKI

v.

UNITED STATES OF AMERICA

SCHEDULING ORDER

August 13, 2004

ZOBEL, D. J.

This matter having come before the court at a scheduling conference held pursuant to Rule 16, Fed. R. Civ. P., 28 U.S.C., and Daniel E. Doherty having appeared as counsel for plaintiff Fotinee Farah Zaki; and Gina Y. Walcott-Torres having appeared as counsel for defendant United States of America, the following action was taken:

1. The parties shall exchange automatic discovery by August 25, 2004.

2. All fact discovery shall be completed by December 31, 2004.

3. All expert discovery, including any depositions shall be completed by January 31, 2005. Counsel agreed to cooperate in setting dates for exchanging expert information.

4. A pretrial conference will be held on February 8, 2005 at 2:30 p.m.

|  |  |
|---|---|
| _____ | /s/ Rya W. Zobel_____ |
| DATE | RYA W. ZOBEL |

UNITED STATES DISTRICT JUDGE