UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
                               )
FOTINEE FARAH ZAKI,            )
          Plaintiff,           )
                               )
VS.                            )     Civil Action No.: 04-10705 RWZ
                               )
UNITED STATES OF AMERICA,      )
          Defendant.           )
_____)
```

### NOTICE OF CHANGE OF ADDRESS

Please note the new address and telephone number below of Plaintiff's attorney, effective immediately.

FOTINEE FARAH ZAKI
By her Attorney,

_____
Daniel E. Doherty, BBO#127010
141 Tremont Street
Boston, MA 02111
(617) 902-2333
FAX: (617) 426-8564

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on _____