UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FOTINEE FARAH ZAKI,<br>    Plaintiff,<br><br>VS.<br><br>UNITED STATES OF AMERICA,<br>    Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No.: 04-10705 RWZ<br>)<br>)<br>)<br>) |

### ASSENTED TO MOTION OF PLAINTIFF TO CONTINUE TRIAL DATE

    Now comes the Plaintiff, Fotinee Zaki, in the above-captioned matter and, with the assent of the Defendant, United States of America, respectfully requests that the trial of this matter, currently scheduled for July 11, 2005, be rescheduled to September 12, 2005, or to some date thereafter convenient for the Court. As grounds for this request, Plaintiff states as follows:

    1.    This case arises out of an automobile collision between Plaintiff's car and a United States Postal Service mail truck in which liability is in dispute. Trial is to be without a jury, and will be on the issue of liability only, the parties having agreed to a bifurcated trial.

    2.    Fotinee Zaki, currently a resident of Toronto, Canada, came from Egypt to the United States in 1998. Her parents and brother reside in Alexandria, Egypt. Her mother, who is 85 years of age, has had some health issues and called Ms. Zaki to

ask her to come home to visit with her this summer.

3. Ms. Zaki hopes to visit with her mother in Egypt from about mid June through the end of August, 2005.

4. The Defendant, United States of America, through its attorney, assents to this motion.

Wherefore, Plaintiff respectfully requests that this motion be allowed.

| FOTINEE ZAKI<br>By her Attorney, | UNITED STATES OF AMERICA<br>By its Attorney, |
|---|---|
| Daniel E. Doherty, BBO#127010<br>141 Tremont Street<br>Boston, MA 02111<br>(617) 902-2333 | Gina Y. Walcott-Torres<br>Assistant U.S. Attorney<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3100 |

Dated: May 8, 2005

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/by hand on _____

2