UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FOTINEE FARAH ZAKI,<br>         Plaintiff,<br><br>VS.<br><br>UNITED STATES OF AMERICA,<br>         Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No.: 04-10705 RWZ<br>)<br>)<br>)<br>) |

**NOTICE OF CHANGE OF ADDRESS**

Please note the new address and telephone number below of Plaintiff's attorney, effective immediately.

　　　　　　　　　　　　　　　　FOTINEE FARAH ZAKI
　　　　　　　　　　　　　　　　By her Attorney,

　　　　　　　　　　　　　　　　/s/ Daniel E. Doherty
　　　　　　　　　　　　　　　　Daniel E. Doherty, BBO#127010
　　　　　　　　　　　　　　　　900 Cummings Center, Suite 304T
　　　　　　　　　　　　　　　　Beverly, MA 01915
　　　　　　　　　　　　　　　　(978) 978-0025
　　　　　　　　　　　　　　　　FAX: (978) 232-9222

May 31, 2005

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on ___5/31/05___