UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FOTINEE ZAKI
    Plaintiff(s)

  v.        CIVIL ACTION NO. 04CV10705-RWZ

UNITED STATES OF AMERICA
    Defendant(s)

## JUDGMENT IN A CIVIL CASE

ZOBEL, D.J.

[ ] **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT ENTERED FOR DEFENDANT.

              TONY ANASTAS, CLERK

Dated: 9/12/05            s/ Lisa A. Urso
                ( By ) Deputy Clerk

(judgciv.frm - 10/96)              [jgm.]