UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
                              )
FOTINEE FARAH ZAKI,           )
          Plaintiff,          )
                              )
VS.                           )    Civil Action No.: 04-10705 RWZ
                              )
UNITED STATES OF AMERICA, )
          Defendant.          )
                              )
```

### PLAINTIFF'S MOTION FOR NEW TRIAL/RECONSIDERATION OF JUDGMENT

Plaintiff respectfully requests, pursuant to Fed. R. Civ.
P. 59, that the Court grant her a new trial on the grounds that
the Court's entry of judgment in favor of the Defendant was
against the weight of the evidence. In finding in favor of the
Defendant, the Court reasoned that both operators were negligent
in causing the collision, but arbitrarily assigned a greater
degree of negligence to Ms. Zaki, thereby barring her from any
recovery for her substantial damages.

In explaining her decision, the trial judge stated that she
credited Mr. Keen's testimony that he entered the intersection
on a green light, and, therefore, that Ms. Zaki must have
entered the intersection when the light for her was either
yellow or red. The judge also found, however, that Ms. Keen was
also negligent for failing to see Ms. Zaki's car in the
intersection before proceeding. Since Mr. Keen's vehicle was
a complete stop before he proceeded, the collision would have

been completely avoided had he seen Ms. Zaki, and, therefore, the degree of his negligence was at least as great as that of Ms. Zaki.  In his testimony, Mr. Keen offered no explanation as to why he failed to see Ms. Zaki's car, which was three quarter of the way through the intersection at the point of the collision.  Although the judge added that she believed that Ms Zaki's speed of 25 to 30 miles per hour was excessive, it was never suggested, even by Defendant, that speed was a factor in the collision.

For these reasons, Plaintiff respectively requests that th Court reconsider its judgment as to the percentages of fault fo the respective negligence of the parties so that the degree of negligence attributable to Plaintiff is not greater than 50%, o grant Plaintiff a new trial on the question of liability.

FOTINEE FARAH ZAKI
By her Attorney,

Daniel E. Doherty  BBO#127010
900 Cummings Center, Suite 304
Beverly, MA 01915
(978) 922-0025

September 16, 2005

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the
above document was served upon the
attorney of record for each other party
by mail-hand on _____

2