UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FOTINEE FARAH ZAKI,<br>　　　　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>　　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)　　C.A. No. 04CV10705RWZ<br>)<br>)<br>)<br>) |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME IN WHICH TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR NEW TRIAL**

Now comes the defendant, United States of America, and hereby moves this Court for a fourteen-day extension of time **up to and including October 14, 2005**, to respond to the Motion for New Trial filed by plaintiff Fotinee Zaki on or about , 2005.  As reasons therefore, the undersigned counsel for the United States asserts that recently she has had an unusual amount of litigation deadlines and this extension will allow counsel the necessary time to devote to completing this response.

　　The United States asserts that there have been no prior requests for extensions relative to the filing of this response.

WHEREFORE, the United States respectfully requests that this Court allows its motion for an extension of time **up to and including October 14, 2005**, to respond to Plaintiff's Motion for New Trial.

                                                  Respectfully submitted,

                                                  UNITED STATES OF AMERICA,
                                                  By its attorney,

                                                  MICHAEL J. SULLIVAN
                                                  United States Attorney

Dated:    September 30, 2005         /s/ Gina Walcott-Torres
                                         By:   Gina Walcott-Torres
                                                  Assistant U.S. Attorney
                                                  John Joseph Moakley U.S.   Courthouse
                                                  1 Courthouse Way, Suite 9200
                                                  Boston, MA 02210
                                                  (617) 748-3369

## LOCAL RULE 7.1(A)(2) CERTIFICATION

The undersigned counsel certifies that she contacted counsel for the plaintiff in order to inform him of the relief sought herein.

                                                  /s/Gina Walcott-Torres
                                                  Gina Walcott–Torres
                                                  Assistant U.S. Attorney