# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

FOTINEE ZAKI

V.

CASE NO. 04-CV-10705-RWZ

UNITED STATES OF AMERICA

# 685 73
# S 255 00
12/1/05

## NOTICE OF APPEAL

Notice is hereby given that ___the Plaintiff___ above named, hereby appeals from the ___judgment of the Court___ entered in the above entitled action on ___September 12, 2005,___ and the Court's order denying Plaintiff's Motion for New Trial/Reconsideration entered on October 21, 2005.

~~By the Court~~

Nov 29 05
Date

~~Deputy Clerk~~
Fotinee Zaki
Plaintiff

(Notice of Appeal.wpd - 12/98)

[app., kdapp., kgapp., kcustapp.]