UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No.: 04 10705 RWZ

```
_____
                               )
FOTINEE FARAH ZAKI,            )
         Plaintiff,            )
                               )
VS.                            )     NOTICE OF APPEARANCE
                               )
UNITED STATES OF AMERICA,      )
         Defendant.            )
_____)
```

Please enter my appearance, pro se, in the above-captioned action.

_____
Fotinee Farah Zaki, pro se
1265 Gillaby Drive
Mississauga, Ontario L5V2C2
(905) 814-8550

November 7, 2005

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on _____