UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No.: 04 10705 RWZ

|  |  |
|---|---|
| FOTINEE FARAH ZAKI,     )<br>      Plaintiff,     )<br>                        )<br>VS.                       )<br>                        )<br>UNITED STATES OF AMERICA, )<br>      Defendant.    )<br>                        ) | NOTICE OF WITHDRAWAL OF APPEARANCE |

Please withdraw the appearance of the undersigned as counsel for the Plaintiff in the above-captioned action. This withdrawal is accompanied by the notice of the appearance of Fotinee Zaki, pro se, for all further purposes, the case having been closed on September 12, 2005, following a bench trial in which judgment was entered in favor of the Defendant. There are no motions pending before the Court, and no conferences or other events are scheduled.

_/s/ Daniel E. Doherty_
Daniel E. Doherty, BBO#127010
900 Cummings Center, Suite 304T
Beverly, MA 01915
(978) 978-0025

November 4, 2005

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on _11/4/05_.